UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRUIT STREET HEALTH P.B.C, and LAURENCE N. GIRARD,<br><br>                        Plaintiffs,<br><br>-against-<br><br>VELOCITY CAPITAL GROUP, LLC; JACOB AVIGDOR; and JOHN AND JANE DOE INVESTORS,<br><br>                        Defendants. | 23-CV-7973 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **January 26, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: January 8, 2024
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*

                                              JESSICA G. L. CLARKE
                                              United States District Judge