IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRUIT STREET HEALTH P.B.C., and LAURENCE N. GIRARD,<br><br>                      Plaintiffs,<br><br>v.<br><br>VELOCITY CAPITAL GROUP, LLC; JACOB AVIGDOR; and JOHN AND JANE DOE INVESTORS,<br><br>                      Defendants. | Civil Action No.: 1:23-cv-07973 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO ALL DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss all Defendants from this action without prejudice and without costs.

Dated: January 26, 2024

                                                        **WHITE AND WILLIAMS LLP**

                                                        By: _/s/ Shane R. Heskin_
                                                        Shane R. Heskin
                                                        1650 Market Street, Suite 1800
                                                        One Liberty Place
                                                        Philadelphia, PA 19103
                                                        (215) 864-6329
                                                        heskins@whiteandwilliams.com
                                                        *Attorneys for Plaintiffs*

32319406v.1